ORIGINAL

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

LAUREN NAKAMURA #9781
BARBARA EUCKER
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Lauren.Nakamura@usdoj.gov
        Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2025

at ___ o'clock and ___ min. ___ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 24-00070 JAO |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), |
| | ) | and 846; and 18 U.S.C. §§ 922(g)(1), |
| NOLAND LORENZO (1); | ) | 924(a)(8), 924(c)(1)(A)(i), and |
| JOSEPH PASION (2); | ) | 924(c)(1)(B)(i)] |
| MARIE PASION, aka "Marie Nero" (3); | ) | |
| and | ) | |
| CHRISTY YOGI (4), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1
Conspiracy to Distribute and Possess with Intent
to Distribute a Controlled Substance
(21 U.S.C. § 846)

From a precise date unknown, but by at least December 2022, and continuing

to on or about November 14, 2024, within the District of Hawaii and elsewhere,

NOLAND LORENZO, JOSEPH PASION, MARIE PASION, aka "MARIE NERO,"

and CHRISTY YOGI, the defendants, did knowingly and intentionally combine,

conspire, confederate, and agree with each other and others to distribute and possess

with intent to distribute a controlled substance, namely 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(l) and

841(b)(l)(A).

All in violation of Title 21, United States Code, Section 846.

Count 2
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about January 17, 2023, within the District of Hawaii, NOLAND

LORENZO, JOSEPH PASION, and MARIE PASION, aka "MARIE NERO," the

defendants, did knowingly and intentionally distribute a controlled substance, namely

50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance.

2

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 3
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about October 13, 2023, within the District of Hawaii, JOSEPH PASION and MARIE PASION, aka "Marie Nero," the defendants, did knowingly and intentionally possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 4
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about October 13, 2023, within the District of Hawaii, JOSEPH PASION and MARIE PASION, aka "Marie Nero," the defendants, each having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and each knowing that they had been convicted of such a crime, did knowingly possess a firearm, namely a Kel-Tec .380 caliber pistol and Smith and Wesson .22 caliber pistol, and ammunition, with said firearms and ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 5
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about October 13, 2023, within the District of Hawaii, JOSEPH PASION and MARIE PASION, aka "Marie Nero," the defendants, did knowingly possess a firearm, namely a Kel-Tec .380 caliber pistol and a Smith and Wesson .22 caliber pistol, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, namely the crimes charged in Counts 1 and 2 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count 6
### Distribution of a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about August 9, 2024, within the District of Hawaii, CHRISTY YOGI, the defendant, did knowingly and intentionally distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 7
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about August 22, 2024, within the District of Hawaii, JOSEPH PASION,

MARIE PASION, aka "Marie Nero," and CHRISTY YOGI, the defendants, did

knowingly and intentionally distribute a controlled substance, namely 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

Count 8
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 14, 2024, within the District of Hawaii, JOSEPH

PASION and MARIE PASION, aka "Marie Nero," the defendants, did knowingly

and intentionally possess with intent to distribute a controlled substance, namely 50

grams or more of methamphetamine, its salts, isomers, and salts of isomers, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

5

## Count 9
## Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about November 14, 2024, within the District of Hawaii, JOSEPH

PASION and MARIE PASION, aka "Marie Nero," the defendants, each having been

previously convicted of a crime punishable by imprisonment for a term exceeding

one year, and each knowing that they had been convicted of such a crime, did

knowingly possess a firearm, namely a Benelli M1 tactical short-barreled shotgun

and a Glock .380 auto caliber pistol, and ammunition, with said firearms and

ammunition having been previously shipped and transported in interstate and foreign

commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(8).

## Count 10
## Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. §§ 924(c)(1)(A)(i) and 924(c)(1)(B)(i))

On or about November 14, 2024, within the District of Hawaii, JOSEPH

PASION and MARIE PASION, aka "Marie Nero," the defendants, did knowingly

possess a firearm, namely a Benelli M1 tactical short-barreled shotgun, a Glock .380

auto caliber pistol, and a black privately manufactured 9mm pistol, in furtherance of

a drug trafficking crime for which the defendants may be prosecuted in a court of the

United States, namely the crimes charged in Counts 1 and 8 of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i).

First Forfeiture Notice

1.      The allegations set forth in Counts 1, 2, 3, 6, 7, and 8 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2.      The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense charged in Counts 1, 2, 3, 6, 7, and 8 of this Superseding Indictment, NOLAND LORENZO, JOSEPH PASION, MARIE PASION, aka "Marie Nero," and CHRISTY YOGI, the defendants, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including but not limited to:

      a. a white Toyota Tundra, bearing VIN 5TFDY5F12CX214247 and the Hawaii license plate C0WB0Y, used to conduct a methamphetamine transaction on January 17, 2023;

7

b.  a black Jeep Wrangler, bearing VIN 1J4GA59188L650977 and the Hawaii license plate PY485, containing methamphetamine, firearms, and ammunition seized on October 13, 2023;

c.  a gray Nissan sedan, bearing the Hawaii license plate TVU970, used to conduct methamphetamine transactions on August 9, 2024 and August 22, 2024;

d.  a white Infiniti sedan bearing the Hawaii license plate WRJ865, used to conduct a methamphetamine transaction on August 22, 2024, and containing a firearm and ammunition seized on November 14, 2024;

e.  a black Hummer vehicle bearing Hawaii License Plate LPG633, containing drug paraphernalia and ammunition seized on November 14, 2024;

f.  $21,061.00 in United States currency seized from a black Jeep Wrangler bearing Hawaii license plate PY485, on or about October 13, 2023;

g.  ammunition seized from a black Jeep Wrangler bearing Hawaii license plate PY485, on or about October 13, 2023;

h.  a Kel-Tec .380 caliber pistol and Smith and Wesson .22 caliber pistol, seized from a black Jeep Wrangler bearing Hawaii license plate PY485, on or about October 13, 2023;

i.   a Glock .380 auto caliber pistol, a privately manufactured pistol frame, and a black privately manufactured 9mm pistol, seized from 98-563 Kaimu Loop, Aiea, Hawaii 96701, on or about November 14, 2024;

j.   ammunition seized from 98-563 Kaimu Loop, Aiea, Hawaii 96701 on or about November 14, 2024;

k.   a Benelli M1 tactical short-barreled shotgun, seized from a yellow Acura Integra bearing Hawaii license plate SRJ545, on or about November 14, 2024;

l.   ammunition seized from a yellow Acura Integra bearing Hawaii license plate SRJ545, on or about November 14, 2024;

m.   a white privately manufactured pistol frame, seized from a white Infiniti vehicle bearing Hawaii license plate WRJ865, on or about November 14, 2024;

n.   ammunition seized from a white Infiniti vehicle bearing Hawaii license plate WRJ865, on or about November 14, 2024; and

o.   ammunition seized from a black Hummer vehicle bearing Hawaii license plate LPG633, on or about November 14, 2024.

3.       If by any act or omission of NOLAND LORENZO, JOSEPH PASION, MARIE PASION, aka "Marie Nero," and CHRISTY YOGI, the defendants, any of

the property subject to forfeiture described in paragraph 2 of this first forfeiture notice:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2 of this first forfeiture notice, pursuant to Title 21, United States Code, Section 853(p).

## Second Forfeiture Notice

1.    The allegations set forth in Counts 1 through 10 of this Superseding Indictment are re-alleged for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    The United States hereby gives notice to NOLAND LORENZO, JOSEPH PASION, MARIE PASION, aka "Marie Nero," and CHRISTY YOGI, the defendants, that upon conviction of an offense charged in Counts 1 through 10 of this Superseding Indictment, the United States will seek forfeiture, in accordance with

Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any firearms or ammunition involved in or used in the offense, including but not limited to:

a. ammunition seized from a black Jeep Wrangler bearing Hawaii license plate PY485, on or about October 13, 2023;

b. a Kel-Tec .380 caliber pistol and Smith and Wesson .22 caliber pistol, seized from a black Jeep Wrangler bearing Hawaii license plate PY485, on or about October 13, 2023;

c. a Glock .380 auto caliber pistol, a privately manufactured pistol frame, and a black privately manufactured 9mm pistol, seized from 98-563 Kaimu Loop, Aiea, Hawaii 96701, on or about November 14, 2024;

d. ammunition seized from 98-563 Kaimu Loop, Aiea, Hawaii 96701 on or about November 14, 2024;

e. a Benelli M1 tactical short-barreled shotgun, seized from a yellow Acura Integra bearing Hawaii license plate SRJ545, on or about November 14, 2024;

f. ammunition seized from a yellow Acura Integra bearing Hawaii license plate SRJ545, on or about November 14, 2024;

g. a white privately manufactured pistol frame, seized from a white Infiniti vehicle bearing Hawaii license plate WRJ865, on or about November 14, 2024;

h. ammunition seized from a white Infiniti vehicle bearing Hawaii license plate WRJ865, on or about November 14, 2024; and

i. ammunition seized from a black Hummer vehicle bearing Hawaii license plate LPG633, on or about November 14, 2024.

3.     If by any act or omission of NOLAND LORENZO, JOSEPH PASION, MARIE PASION, aka "Marie Nero," and CHRISTY YOGI, the defendants, any of the property subject to forfeiture described in paragraph 2 of this second forfeiture notice:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2 of this second forfeiture notice,

12

pursuant to Title 18, United States Code, Section 924(d), Title 21, United States

Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated:  January 23, 2025, at Honolulu, Hawaii.

A TRUE BILL,

/s/ Foreperson
FOREPERSON, GRAND JURY


KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii


LAUREN NAKAMURA
BARBARA EUCKER
Assistant U.S. Attorneys


United States v. Lorenzo et al.
Superseding Indictment
Cr. No. 24-070 JAO